UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRANCE T. BROWN | CIVIL ACTION NO. 09-2147 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, OUACHITA PARISH CORRECTIONS CENTER | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Petition for writ of *habeas corpus* petition filed pursuant to 28 U.S.C. §2241 be **DISMISSED** for failing to exhaust available state court remedies and for failing to state a claim for which relief may be granted.

MONROE, LOUISIANA, this 29 day of March, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE