# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **TERRANCE T. BROWN** | **CIVIL ACTION NO. 09-2147** |
| **VERSUS** | **SECTION P** |
| **CPL. MATT HILL, ET AL.** | **JUDGE ROBERT G. JAMES** |
| | **MAGISTRATE JUDGE KAREN L. HAYES** |

# JUDGMENT

For the reasons set forth in the Supplemental Report and Recommendation [Doc. No. 11] of the Magistrate Judge and those additional reasons in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Terrance T. Brown's Petition for Writ of *Habeas Corpus*, filed pursuant to 28 U.S.C. § 2241, is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

MONROE, LOUISIANA, this 26th day of April, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE